## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

CHARLES DUFF,

    Plaintiff,

-vs-                                                  Case No. 8:10-CV-1780-T-30MAP

SECRETARY, DEPARTMENT
OF CORRECTIONS,

    Defendant.

_____/

## **ORDER**

Plaintiff, a state inmate proceeding *pro se*, initiated this matter by filing his civil rights complaint (Dkt. 1), request to proceed *in forma pauperis* (Dkt. 2), Motion for Appointment of Counsel (Dkt. 3), Motion to Request a Preliminary Injunction (Dkt. 4), Motion to Request Jurisdiction (Dkt. 5), and Motion to File Under Mitigating Factors (Dkt. 6). A review of the complaint reveals that Plaintiff is incarcerated at Marion Correctional Institution ("MCI"), Lowell, Florida, and he challenges the conditions of his confinement at MCI. The correct venue for this complaint is the United States District Court, Middle District of Florida, Ocala Division.

ACCORDINGLY, it is **ORDERED** that:

1.     Plaintiff's Motion to Request Jurisdiction (Dkt. 5) is **DENIED**.

2. Pursuant to 28 U.S.C. §1404(a), this case is **transferred** to the Ocala Division for all further proceedings, and the **Clerk** shall immediately forward the file to that Division and close this case.

**DONE** and **ORDERED** in Tampa, Florida on August 23, 2010.

*[signature]*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

SA: sfc
Copy to: *Pro Se* Plaintiff